**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ERIC ARNOLD,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:24-cv-365 (MTT)** |
| **MACON-BIBB COUNTY, GEORGIA,** | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

On October 7, 2026, the Court held a hearing on Defendant's motion for summary judgment and Plaintiff's partial motion for summary judgment. During the hearing, questions arose concerning (1) whether the Georgia Constitution's waiver of sovereign immunity (Ga. Const. Art. I, § 2, ¶ V) is limited to the forum of the superior court and (2) the basis for municipal liability under *Monell v. Department of Social Services*, 436 U.S. 658 (1978), on Plaintiff's First Amendment retaliation claim. Regarding the second question, the Complaint alleges that the County has a "policy and practice of expediting demolition for property owners who ask for help – rather than staying demolition while their requests are pending." ECF 1-1 at 52. However, in their brief, Plaintiff argues that "[t]he County is liable for Miller's retaliatory decision because he acted as a final policymaker with respect to the demolition" in this single instance. ECF 57-1 at 37. Additionally, Defendant argued at the hearing that the "record is undisputed" that Miller "is not a final policymaker," which "defeats their Monell claim."

Accordingly, the parties are **ORDERED** to file supplemental briefs addressing the following:

1. Whether the Georgia Constitution's waiver of sovereign immunity at issue in this case is limited to relief granted by a Georgia superior court.
2. The parties' briefs do not adequately address the "policy or practice" at issue in Plaintiff's First Amendment retaliation claim and the authorities and facts relevant to that policy or practice.

The parties shall file, simultaneously, supplemental briefs by November 13, 2026. The parties may respond to those briefs by December 4, 2026.

**SO ORDERED**, this 14th day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT